IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANNY M. OWENS**                                                                               **PLAINTIFF**

v.                              Case No. 2:20-cv-00236-KGB

**ESTATE OF IRA JOHN
WOODFIN**, *et al.*                                                                             **DEFENDANTS**

## ORDER

Before the Court is the motion for dismissal pursuant to Rule 25(a) of the Federal Rules of Civil Procedure (Dkt. No. 41). Tiffany Burns, executrix for the estate of Ira John Woodfin ("the Estate") brings the motion for dismissal pursuant to Rule 25(a) (*Id.*). Ms. Burns states that in an Order entered on July 3, 2022, the Court notified all parties of plaintiff Danny Owens's death and notified the parties and those in interest that it would hold the matter open for a period of 90 days so that Mr. Owens's successors or representatives could move for substitution as set forth by Federal Rule of Civil Procedure 25(a) (*Id.*, ¶ 1). The 90-day time period expired on October 4, 2022, and Mr. Owens's successors and representatives have not moved for substitution (*Id.*, ¶¶ 2, 3). Ms. Burns asserts the action must be dismissed under Federal Rule of Civil Procedure 25(a) (*Id.*, ¶ 4). The Court lifts the stay of this matter, grants Ms. Burns's motion for dismissal pursuant to Rule 25(a) of the Federal Rule of Civil Procedure (Dkt. No. 41), and dismisses the first amended complaint without prejudice (Dkt. No. 2). The Court denies as moot all of the other pending motions (Dkt. Nos. 5, 11, 15, 18, 22, 25).

It is so ordered this 21st day of October, 2022.

_____
Kristine G. Baker
United States District Judge