IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANNY M. OWENS**                                                                                       **PLAINTIFF**

v.                                            Case No. 2:20-cv-00236-KGB

**ESTATE OF IRA JOHN**
**WOODFIN,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Danny M. Owens's first amended complaint is dismissed without prejudice (Dkt. No. 2). The Court denies the requested relief.

So adjudged this 21st day of October, 2022.

_____
Kristine G. Baker
United States District Judge